UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 1:19-cr-00018-JPH-TAB |
| VERONICA SIORDIA-CORTEZ, | ) ) | -11 |
| Defendant. | ) ) | |

**ENTRY FOR FEBRUARY 11, 2021**

On this date, Defendant Veronica Siordia-Cortez appeared in person and by counsel, Mario Garcia, for a sentencing hearing. The government appeared by counsel, Assistant United States Attorney, Bradley Blackington, with its investigative agent, DEA Special Agent, Matthew Holbrook. Ryan Harrold appeared on behalf of the United States Probation Office. The hearing was recorded by Court Reporter, Jodie Franzen. Tony Rosado was sworn in as interpreter.

The Court reviewed the presentence investigation report. There were no objections. The parties were heard with respect to the sentence, application of the Sentencing Guidelines and application of 18 U.S.C. § 3553(a) factors. For the reasons stated, Defendant was sentenced to 30 months' imprisonment and three years' supervised release. No fine was imposed. A special assessment of $100.00 was imposed. The government moved to dismiss the original Indictment, which motion was GRANTED. Defendant was released under the

existing conditions of pretrial supervision and shall self-surrender. The Judgment is forthcoming.

Distribution:

Bradley A. Blackington
UNITED STATES ATTORNEY'S OFFICE
bradley.blackington@usdoj.gov

Mario Garcia
BRATTAIN MINNIX GARCIA
mario@bmgindy.com